No. 930. LE VERRA M. McNULTY, BY C. N. McNULTY, HER NEXT FRIEND, *v.* ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY. April 23, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Henry E. Lutz* for petitioner. *Mr. Frank A. Kemp, Jr.,* and *Mr. Gardiner Lathrop* for respondent.

———

No. 937. ROBERT W. HUNT ET AL. *v.* GEORGE H. CLAPP;

No. 938. ROBERT W. HUNT ET AL. *v.* RALPH W. HARBISON;

No. 939. ROBERT W. HUNT ET AL. *v.* MARY L. HENRY, EXECUTRIX, ETC.;

No. 940. ROBERT W. HUNT ET AL. *v.* GEORGE H. CALVERT;

No. 941. ROBERT W. HUNT ET AL. *v.* HARRY S. CALVERT;

No. 942. ROBERT W. HUNT ET AL. *v.* GEORGE H. THEISS, SURVIVING EXECUTOR, ETC.;

No. 943. ROBERT W. HUNT ET AL. *v.* D. F. COLLINGWOOD;

No. 944. ROBERT W. HUNT ET AL. *v.* E. W. GWINNER;

No. 945. ROBERT W. HUNT ET AL. *v.* R. B. MONTGOMERY;

No. 946. ROBERT W. HUNT ET AL. *v.* GEORGE N. GLASS; and

No. 947. ROBERT W. HUNT ET AL. *v.* W. A. HARBISON. April 23, 1923. Petition for writs of certiorari to the Supreme Court of the State of Pennsylvania denied. *Mr. Horace G. Stone* and *Mr. Louis G. Richardson* for petitioners. *Mr. David A. Reed* and *Mr. George H. Calvert* for respondents.